**Order entered May 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00470-CV

**JOHN DOE I, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE II, A MINOR, Appellants**

**V.**

**RIPLEY ENTERTAINMENT, INC. AND JIM PATTISON U.S.A., INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

Before the Court is appellants' May 22, 2019 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to **June 7, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE